**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Billie Jay RUFRANO, Defendant–**
**Appellant.**

No. 15–14202
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 05/31/2016

Peter J. Sholl, Arthur Lee Bentley, III, Tampa, FL, Nicole M. Andrejko, Ilianys Rivera Miranda, Orlando, FL, U.S. Attorney's Office, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Maria Guzman, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Meghan Ann Collins appointed counsel for Billie Rufrano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rufrano's convictions and sentences are **AFFIRMED**.